No. 87–6339.   WILLIAMS v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLAS-

SIFICATION CENTER AT GRATERFORD, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.